Debtor: Jorge Lema
Case No.: 19-28683-SLM
Caption of Order: Order Stripping Off Second Mortgage of Specialized Loan Servicing LLC

---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**SCOTT E. TANNE, ESQ., P.C.**
4 Chatham Road
Summit, NJ 07901
(973) 701-1776
Fax: (973) 701-0111
Scott E. Tanne, Esq.
ST2477
**Attorney for Debtor**

In Re:
**Jorge Lema**

Order Filed on December 19, 2019
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-28683-SLM

Adv. No.:

Hearing Date: December 11, 2019

Judge: MEISEL

## ORDER STRIPPING OFF SECOND MORTGAGE OF SPECIALIZED LOAN SERVICING LLC

The relief set forth on the following pages, numbered two (2) through _____ is
hereby **ORDERED**.

**DATED: December 19, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Page 2**

Debtor: Jorge Lema
Case No.: 19-28683-SLM
Caption of Order: Order Stripping Off Second Mortgage of Specialized Loan Servicing LLC

---

Upon consideration of Debtor's motion to strip off the second mortgage of Specialized Loan Servicing LLC and good cause appearing therefore, it is hereby

**ORDERED** that upon successful completion of Debtor's case, the second mortgage of Specialized Loan Servicing LLC on the property located at 104 Riggs Place, West Orange, NJ 07052 and more particularly described as Lot 33.01, Block 22 on the official tax map of the Township of West Orange, County of Essex, State of New Jersey, be and hereby is canceled; and

**IT IS FURTHER ORDERED** that upon successful completion of Debtor's case, Specialized Loan Servicing LLC is directed forthwith to take all steps necessary and appropriate to release the lien and remove it from the local Mortgage and Judgment indices; and

**IT IS FURTHER ORDERED** that should Specialized Loan Servicing LLC fail to release and remove the lien as ordered, the Debtors have the right to file same and take all steps necessary and appropriate to release the lien and remove it from the local Mortgage and Judgment indices.