**Page 1**

Debtor: Jorge Lema
Case No.: 19-28683-SLM
Caption of Order: Order Stripping Off Second Mortgage of Specialized Loan Servicing LLC

---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**SCOTT E. TANNE, ESQ., P.C.**
**4 Chatham Road**
**Summit, NJ 07901**
**(973) 701-1776**
**Fax: (973) 701-0111**
**Scott E. Tanne, Esq.**
**ST2477**
**Attorney for Debtor**

Order Filed on December 19, 2019
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:
**Jorge Lema**

Case No.: 19-28683-SLM

Adv. No.:

Hearing Date: December 11, 2019

Judge: MEISEL

---

**ORDER STRIPPING OFF SECOND MORTGAGE OF
SPECIALIZED LOAN SERVICING LLC**

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: December 19, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Page 2**

| | |
|---|---|
| Debtor: | Jorge Lema |
| Case No.: | 19-28683-SLM |
| Caption of Order: | Order Stripping Off Second Mortgage of Specialized Loan Servicing LLC |

Upon consideration of Debtor's motion to strip off the second mortgage of Specialized Loan Servicing LLC and good cause appearing therefore, it is hereby

**ORDERED** that upon successful completion of Debtor's case, the second mortgage of Specialized Loan Servicing LLC on the property located at 104 Riggs Place, West Orange, NJ 07052 and more particularly described as Lot 33.01, Block 22 on the official tax map of the Township of West Orange, County of Essex, State of New Jersey, be and hereby is canceled; and

**IT IS FURTHER ORDERED** that upon successful completion of Debtor's case, Specialized Loan Servicing LLC is directed forthwith to take all steps necessary and appropriate to release the lien and remove it from the local Mortgage and Judgment indices; and

**IT IS FURTHER ORDERED** that should Specialized Loan Servicing LLC fail to release and remove the lien as ordered, the Debtors have the right to file same and take all steps necessary and appropriate to release the lien and remove it from the local Mortgage and Judgment indices.

```
                        United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                          Case No. 19-28683-SLM
Jorge E Lema                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin              Page 1 of 1            Date Rcvd: Dec 19, 2019
                                Form ID: pdf903          Total Noticed: 1

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2019.
db             +Jorge E Lema,    104 Riggs Place,    West Orange, NJ 07052-5212

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Credit Suisse First Boston Mortgage Securities Corp.,
               CSMC  Mortgage-Backed Pass-Through Certificates Et Al... dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Credit Suisse First Boston Mortgage Securities Corp.,
               CSMC  Mortgage-Backed Pass-Through Certificates Et Al... rsolarz@kmllawgroup.com
              Scott E. Tanne    on behalf of Debtor Jorge E Lema ecf@tannelaw.com,
               tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```