SCOTT E TANNE ESQ
4 CHATHAM ROAD
SUMMIT, NJ  07901

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020**
Chapter 13 Case # 19-28683

Re:   JORGE E LEMA  
      104 RIGGS PLACE  
      WEST ORANGE,  NJ  07052

Atty:  SCOTT E TANNE ESQ  
      4 CHATHAM ROAD  
      SUMMIT, NJ  07901

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $10,800.00**

## RECEIPTS AS OF 01/15/2020    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/04/2019 | $300.00 | 6306299000 | 12/10/2019 | $300.00 | 6387509000 |
| 01/06/2020 | $300.00 | 6458192000 | | | |

**Total Receipts: $900.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $900.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 46.80 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 2,910.98 | * | 0.00 | |
| 0003 | LVNV FUNDING LLC | UNSECURED | 1,385.91 | * | 0.00 | |
| 0004 | LVNV FUNDING LLC | UNSECURED | 858.63 | * | 0.00 | |
| 0007 | IRS | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0008 | NEW CENTURY FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | OLLO CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 246,670.44 | 100.00% | 0.00 | |
| 0012 | STATE OF NEW JERSEY | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0016 | SPECIALIZED LOAN SERVICING LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | TD RETAIL CARD SERVICES | UNSECURED | 405.16 | * | 0.00 | |
| 0018 | FAIR SQUARE FINANCIAL LLC | UNSECURED | 1,553.16 | * | 0.00 | |
| 0019 | RESURGENT CAPITAL SERVICES | UNSECURED | 7,085.58 | * | 0.00 | |
| 0020 | BEST EGG | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 490.37 | * | 0.00 | |
| 0022 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 195.18 | * | 0.00 | |
| 0023 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 282.41 | * | 0.00 | |

**Total Paid:  $46.80**
See Summary

**Chapter 13 Case # 19-28683**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $900.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $46.80    =    Funds on Hand: $853.20

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.