Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−28683−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jorge E Lema
   104 Riggs Place
   West Orange, NJ 07052

Social Security No.:
   xxx−xx−2549

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:    2/18/20
Time:    02:30 PM
Location:    Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Scott E. Tanne, Debtor's Attorney,

COMMISSION OR FEES
$5,430.00

EXPENSES
$422.35

If this is a chapter 13 case, the fees and expenses awarded:

- ☐    will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☑    will reduce the amount to be paid to general unsecured creditors under the plan as follows: $2,352.35 less available for distribution to creditors.

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 17, 2020
JAN:

                                                    Jeanne Naughton
                                                    Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                  Case No. 19-28683-SLM
Jorge E Lema                                                            Chapter 13
         Debtor                   CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                 Page 1 of 2                  Date Rcvd: Jan 17, 2020
                              Form ID: 137                Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2020.
db             +Jorge E Lema,    104 Riggs Place,    West Orange, NJ 07052-5212
518568576      +Best Egg,    4315 Pickett Road,    PO Box 3999,    Saint Joseph, NO 64503-0999
518490446      +Equifax,    PO BOX 740241,    Atlanta, GA 30374-0241
518490447      +Experian,    PO BOX 9701,    Allen, TX 75013-9701
518490451      +Phelan Hallinan & Diamond, PC,     400 Fellowship Road,    Suite 100,
                 Mount Laurel, NJ 08054-3437
518490453     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:     State of New Jersey,    Division of Taxation,     Bankruptcy Unit,
                 PO Box 245,    Trenton, NJ 08695-0245)
518490452      +Specialized Loan Servicing LLC,     8742 Lucent Blvd,    Ste 300,    Highlands Ranch, CO 80129-2386
518501803      +TD Retail Card Services,     c/o Creditors Bankruptcy Service,     P.O. Box 800849,
                 Dallas, TX 75380-0849
518490454      +Trans Union,    PO BOX 2000,    Chester, PA 19016-2000
518606236      +U.S. Bank National Association, Trustee (See 410),      c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 17 2020 22:38:48       U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 17 2020 22:38:48        United States Trustee,
                 Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2020 22:49:29
                 Synchrony Bank, c/o PRA Recievables Management, LL,      POB 41021,   Norfolk, VA 23541-1021
518490443      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 17 2020 22:49:28       Capital One,
                 Po Box 30281,    Salt Lake City, UT 84130-0281
518490442      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 17 2020 22:49:27       Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518563958      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 17 2020 22:49:30
                 Capital One Bank (USA), N.A.,     by American InfoSource as agent,     4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518490445      +E-mail/PDF: creditonebknotifications@resurgent.com Jan 17 2020 22:49:30        Credit One Bank,
                 Po Box 98875,    Las Vegas, NV 89193-8875
518490444      +E-mail/PDF: creditonebknotifications@resurgent.com Jan 17 2020 22:49:30        Credit One Bank,
                 Attn: Bankruptcy Department,     Po Box 98873,    Las Vegas, NV 89193-8873
518549620       E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 17 2020 22:50:29
                 Fair Square Financial LLC,    Resurgent Capital Services,     PO Box 10368,
                 Greenville, SC 29603-0368
518490448       E-mail/Text: cio.bncmail@irs.gov Jan 17 2020 22:38:45       IRS,    PO BOX 7346,
                 Philadelphia, PA 19101-7346
518609434       E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 17 2020 22:38:50       Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
518567540       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 17 2020 22:49:30       LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518490449      +E-mail/PDF: bankruptcy@ncfsi.com Jan 17 2020 22:49:29      New Century Financial,
                 110 S, Jefferson   Rd # 104,    Whippany, NJ 07981-1038
518490450      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 17 2020 22:51:41       Ollo Card Services,
                 Attn: Bankruptcy,    Po Box 9222,    Old Bethpage, NY 11804-9222
518560221       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 17 2020 22:51:42
                 Resurgent Capital Services as servicing agent for,     Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
518493513      +E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2020 22:51:40       Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
518601811      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 17 2020 22:50:30       Verizon,
                 by American InfoSource as agent,     4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 17

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-2          User: admin                    Page 2 of 2                   Date Rcvd: Jan 17, 2020
                              Form ID: 137                   Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2020 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Credit Suisse First Boston Mortgage Securities Corp.,
           CSMC  Mortgage-Backed Pass-Through Certificates Et Al... dcarlon@kmllawgroup.com,
            bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    Credit Suisse First Boston Mortgage Securities Corp.,
           CSMC  Mortgage-Backed Pass-Through Certificates Et Al... rsolarz@kmllawgroup.com
          Scott E. Tanne    on behalf of Debtor Jorge E Lema ecf@tannelaw.com,
           tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```