UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

SCOTT E. TANNE, ESQ., P.C.
4 Chatham Road
Summit, NJ 07901
(973) 701-1776
Fax: (973) 701-0111
Scott E. Tanne, Esq.
ST2477
**Attorney for the Debtor(s)**

Order Filed on February 19, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

**Jorge E. Lema**

Debtor(s)

Case No.: 19-28683-SLM

Adv. No.:

Hearing Date: February 18, 2020

Judge: Stacey L. Meisel

## ORDER FOR ALLOWANCE OF PRE-CONFIRMATION ATTORNEY FEES AND EXPENSES TO COUNSEL FOR DEBTOR(S)

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: February 19, 2020**

_/s/ Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Page 2**
Debtor: Jorge E. Lema
Case No.:  19-38683-SLM
Caption of Order:  Order for Allowance of Pre-Confirmation Attorney Fees and Expenses to Counsel for Debtor
_____

Upon consideration of Debtor's Attorneys application for an order requesting

supplemental allowance fees, and good cause appearing therefore, it is hereby

**ORDERED** that the applicant be and is hereby allowed the following fees and reimbursement of costs, net of credits for sums heretofore received, to wit:

For fees and expenses in consideration of services rendered…………….. $5,852.35
and it is,

**FURTHER ORDERED** that said sum, an administrative expense of the Debtor's estate in accordance with Sec. 503(b)(2), United States Bankruptcy Code (11 U.S.C. Sec. 503(b)(2)), shall be paid in the following manner:

$3,500.00 retainer deposit paid directly by Debtor as prior to case filing.

$2,352.35 to be paid through the debtor's Chapter 13 Plan.

In the event that the case is dismissed prior to payment of fees and expenses ordered herein, any funds on hand with the Chapter 13 Trustee shall be disbursed pursuant to this order before a refund is issued to the debtor.