UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

SCOTT E. TANNE, ESQ., P.C.
4 Chatham Road
Summit, NJ 07901
(973) 701-1776
Fax: (973) 701-0111
Scott E. Tanne, Esq.
ST2477
**Attorney for Debtors**

Order Filed on May 14, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:
**Jorge E. Lema**

Case No.:  19-28683-SLM

Adv. No.:

Hearing Date: May 13, 2020

Judge: Meisel

**ORDER STRIPPING OFF LIEN OF NEW CENTURY FINANCIAL
PURSUANT TO 11 U.S.C. 506(a) & 1322(b)(2)**

The relief set forth on the following pages, numbered two (2) through _____2_____ is hereby **ORDERED**.

**DATED: May 14, 2020**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor:           Jorge E. Lema
Case No.:         19-28683-SLM
Caption of Order: Order Stripping Off Lien of New Century Financial

Upon consideration of Debtor's motion to strip off the lien of New Century Financial, and the Court being satisfied that the Debtor is entitled to have the lien on record in the Superior Court of New Jersey stripped off pursuant to 11 U.S.C. § 506(a) & 1322(b)(2), it is hereby

**ORDERED** that upon successful completion of the instant Chapter 13 case, the lien of the following Judgment heretofore entered against the Debtor, shall be stripped off:

DC-028640-10 entered in the Superior Court of New Jersey in favor of New Century Financial, on or about September 20, 2010, against Debtor on property located at 104 Riggs Place, West Orange, NJ, and more particularly described as Lot 33.01, Block 22 on the official tax map of the Township of West Orange, County of Essex, State of New Jersey in the amount of $1,768.00; and it is

**FURTHER ORDERED** that upon successful completion of Debtors' case, New Century Financial is directed to take all steps necessary and appropriate to release the lien and remove it from the local Mortgage and Judgment indices; and it is

**FURTHER ORDERED** that should New Century Financial fail to release and remove the lien as ordered, the Debtors have the right to file same and take all steps necessary and appropriate to release the lien and remove it from the local Mortgage and Judgment indices; and it is

**FURTHER ORDERED** that the claim of New Century Financial be paid as a general unsecured claim in accordance with the Chapter 13 Plan.