UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

SCOTT E. TANNE, ESQ., P.C.
4 Chatham Road
Summit, NJ 07901
(973) 701-1776
Fax: (973) 701-0111
Scott E. Tanne, Esq.
ST2477
**Attorney for Debtors**

Order Filed on May 14, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:
**Jorge E. Lema**

Case No.: 19-28683-SLM

Adv. No.:

Hearing Date: May 13, 2020

Judge: Meisel

## ORDER STRIPPING OFF LIEN OF NEW CENTURY FINANCIAL PURSUANT TO 11 U.S.C. 506(a) & 1322(b)(2)

The relief set forth on the following pages, numbered two (2) through _____2_____ is hereby **ORDERED**.

**DATED: May 14, 2020**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Page 2**

| | |
|---|---|
| Debtor: | Jorge E. Lema |
| Case No.: | 19-28683-SLM |
| Caption of Order: | Order Stripping Off Lien of New Century Financial |

Upon consideration of Debtor's motion to strip off the lien of New Century Financial, and the Court being satisfied that the Debtor is entitled to have the lien on record in the Superior Court of New Jersey stripped off pursuant to 11 U.S.C. § 506(a) & 1322(b)(2), it is hereby

**ORDERED** that upon successful completion of the instant Chapter 13 case, the lien of the following Judgment heretofore entered against the Debtor, shall be stripped off:

DC-028640-10 entered in the Superior Court of New Jersey in favor of New Century Financial, on or about September 20, 2010, against Debtor on property located at 104 Riggs Place, West Orange, NJ, and more particularly described as Lot 33.01, Block 22 on the official tax map of the Township of West Orange, County of Essex, State of New Jersey in the amount of $1,768.00; and it is

**FURTHER ORDERED** that upon successful completion of Debtors' case, New Century Financial is directed to take all steps necessary and appropriate to release the lien and remove it from the local Mortgage and Judgment indices; and it is

**FURTHER ORDERED** that should New Century Financial fail to release and remove the lien as ordered, the Debtors have the right to file same and take all steps necessary and appropriate to release the lien and remove it from the local Mortgage and Judgment indices; and it is

**FURTHER ORDERED** that the claim of New Century Financial be paid as a general unsecured claim in accordance with the Chapter 13 Plan.

United States Bankruptcy Court
District of New Jersey

In re:  
Jorge E Lema  
     Debtor

Case No. 19-28683-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: May 14, 2020  
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2020.
db           +Jorge E Lema,    104 Riggs Place,    West Orange, NJ 07052-5212

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2020 at the address(es) listed below:
         Denise E. Carlon    on behalf of Creditor    Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Gavin Stewart    on behalf of Creditor    Specialized Loan Servicing LLC bk@stewartlegalgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Rebecca Ann Solarz    on behalf of Creditor    Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates Et Al... rsolarz@kmllawgroup.com  
         Scott E. Tanne    on behalf of Debtor Jorge E Lema ecf@tannelaw.com, tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                           TOTAL: 6