| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* | Order Filed on June 2, 2020<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Jorge E. Lema,<br><br>                                Debtor. | Chapter: 13<br><br>Case No.: 19-28683-SLM<br><br>Hearing Date: April 22, 2020<br><br>Judge: Stacey L. Meisel |

**CONSENT ORDER RESOLVING**
**MOTION TO VACATE AUTOMATIC STAY**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: June 2, 2020**

                                                                         /s/ Stacey L. Meisel
                                                        Honorable Stacey L. Meisel
                                                        United States Bankruptcy Judge

Debtor:            Jorge E. Lema
Case No.:          19-28683-SLM
Caption of Order:  **CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate the Automatic Stay ("Motion") filed by Specialized Loan Servicing LLC as servicing agent for U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-6 ("Creditor"), and whereas the Debtor sand Creditor seek to resolve the Motion, it is hereby stipulated and agreed to that:

1. As of April 22, 2020, the underlying loan secured by a mortgage on the following property: **104 Riggs Place, West Orange, New Jersey 07052** ("Property") was post-petition due for the January 1, 2020 payment and the total post-petition arrearage amount was **$11,216.09**.

2. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Movant's interest in the Property provided that the Debtor complies with the following:

   a. Within seven (7) days of entry of this Order, file a Modified Chapter 13 Plan that includes full payment of the post-petition arrearage in the amount of $11,216.09, in addition to the current plan payments due to Creditor;

   b. Resume making the ongoing contractual payments directly to Creditor by May 1, 2020 and continuing thereon as each payment becomes due; and

   c. Remain current on all post-petition payment obligations, as well as all payments being paid through the Chapter 13 Plan.

3. All payments due hereunder shall be sent directly to Creditor at the following address: Specialized Loan Servicing LLC, P.O. Box 636007, Littleton Colorado, 80163.

4. The Debtor will be in default under the Consent Order in the event that the Debtor fails to comply with the payment terms and conditions set forth in above Paragraph and/or if the Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

5. If the Debtor fails to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) and permitting Movant to exercise any rights under the loan documents with respect to the Property.

6. Movant is awarded reimbursement of attorney fees and costs in the amount of $350.00 and $181.00, respectfully to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED:**

*[signature]*  
Christine F. Curran, Esq.  
Law Office of Scott E. Tanne, Esq., P.C.  
4 Chatham Road  
Summit, NJ 07901

/s/Gavin N. Stewart  
Gavin N. Stewart, Esq.  
Stewart Legal Group, P.L.  
401 East Jackson Street, Suite 2340  
Tampa, FL 33602

Dated this 28th day of April 2020.

United States Bankruptcy Court
District of New Jersey

In re:  
Jorge E Lema  
     Debtor

Case No. 19-28683-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2       User: admin      Page 1 of 1      Date Rcvd: Jun 02, 2020  
                        Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2020.  
db          +Jorge E Lema,    104 Riggs Place,    West Orange, NJ 07052-5212

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2020                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2020 at the address(es) listed below:

         Denise E. Carlon     on behalf of Creditor    Credit Suisse First Boston Mortgage Securities Corp., CSMC  Mortgage-Backed Pass-Through Certificates Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Gavin  Stewart     on behalf of Creditor    Specialized Loan Servicing LLC bk@stewartlegalgroup.com  
         Marie-Ann  Greenberg     magecf@magtrustee.com  
         Rebecca Ann Solarz     on behalf of Creditor    Credit Suisse First Boston Mortgage Securities Corp., CSMC  Mortgage-Backed Pass-Through Certificates Et Al... rsolarz@kmllawgroup.com  
         Scott E. Tanne     on behalf of Debtor Jorge E Lema ecf@tannelaw.com, tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

                                                                                                 TOTAL: 6