| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>JORGE E LEMA |

Case No.: 19-28683

Adv. No.:

Hearing Date:

Judge:  SLM

## CERTIFICATION OF SERVICE

1. I, Jessica Antoine, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 07/20/2020, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
JORGE E LEMA
104 RIGGS PLACE
WEST ORANGE, NJ  07052
Mode of Service:  Regular Mail

Attorney for Debtor(s):
SCOTT E TANNE ESQ
4 CHATHAM ROAD
SUMMIT, NJ  07901
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  July 20, 2020

By:  /S/  Jessica Antoine
Jessica Antoine