| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* | |
| In re:<br><br>Jorge E. Lema,<br><br>                             Debtor. | Chapter: 13<br><br>Case No.: 19-28683-SLM<br><br>Judge: Stacey L. Meisel |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Creditor, Specialized Loan Servicing LLC as servicing agent for U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-6, a creditor in the above styled proceeding, requests that all matters which must be noticed pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, regarding the following property and loan be sent to the undersigned:

Property Address: **104 Riggs Place, West Orange, New Jersey 07052**

Loan Number: **xxxxxx8958**

Pursuant to FRBP 2002(g), the undersigned requests that the following address be added to the Court's Master Mailing List:

Stewart Legal Group, P.L.
Gavin N. Stewart
401 East Jackson Street, Suite 2340

Tampa, FL 33602
Phone: 813-371-1231
Fax: 813-371-1232
gavin@stewartlegalgroup.com

Dated: August 21, 2020

                By:    */s/Gavin N. Stewart*
                       Gavin N. Stewart, Esq.