B 2100A Form (2100A) (12/15)

# United States Bankruptcy Court

DISTRICT OF NEW JERSEY

In Re:  
JORGE E LEMA

Case No. 1928683

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

PRA Receivables Management, LLC., as agent of  
Portfolio Recovery Associates, LLC  
------------------------------------------  
Name of Transferee

Fair Square Financial LLC  
------------------------------------------  
Name of Transferor

Name and Address where notices to transferee should be sent:  
Portfolio Recovery Associates, LLC  
POB 41067  
Norfolk, VA 23541

Court Claim # (if known): 2  
Amount of Claim: $1,553.16  
Date Claim Filed: 11/01/2019

Phone: (877)829-8298  
Last Four Digits of Acct # : 9300

Phone:  
Last Four Digits of Acct #: 9300

Name and Address where transferee payments  
Should be sent (if different from above)  
Portfolio Recovery Associates, LLC  
POB 12914  
Norfolk, VA 23541

Seller Information  
FAIR SQUARE FINANCIAL, LLC  
1000 N. WEST STREET  
11TH FLOOR  
WILMINGTON DE 19801

Phone: (877)829-8298  
Last Four Digits of Acct # : 9300

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Martine Evans  
    ------------------------------------------  
    Transferee/Transferee's Agent  
Email: Bankruptcy_Info@portfoliorecovery.com

Date: 10/29/2020

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## EXHIBIT C

### BILL OF SALE

For value received and pursuant to the terms and conditions of the BANKRUPT ACCOUNTS RECEIVABLE PURCHASE AND SALE AGREEMENT between Fair Square Financial, LLC ("Seller") and Portfolio Recovery Associates, LLC, ("Buyer"), Seller does hereby sell, assign and convey to Buyer, its successors and assigns, all right, title and interest of Seller in and to those certain Accounts, specifically including but not limited to any judgments, liens and security interests associated therewith, described in Exhibit "A" attached hereto and made a part hereof for all purposes.

EXECUTED THIS 19th DAY OF OOCTOBER 2020.

SELLER:

Fair Square Financial, LLC

By: *Steve Linehan* (DocuSigned by: 23A755B60B174DE...)

Name: Steve Linehan

Title: Chief Financial Officer

Date: 10/19/20


BUYER:

Portfolio Recovery Associates, LLC

By: *Naomi Muellner* (DocuSigned by: 48CB9137B3E54DC...)

Name: Naomi Muellner

Title: Authorized Signer

Date: October 19, 2020