SCOTT E TANNE ESQ
4 CHATHAM ROAD
SUMMIT, NJ  07901

Re: JORGE E LEMA  
104 RIGGS PLACE  
WEST ORANGE,  NJ  07052

Atty: SCOTT E TANNE ESQ  
4 CHATHAM ROAD  
SUMMIT, NJ  07901

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
#### Chapter 13 Case # 19-28683

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $10,800.00**

### RECEIPTS AS OF 01/15/2021   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/04/2019 | $300.00 | 6306299000 | 12/10/2019 | $300.00 | 6387509000 |
| 01/06/2020 | $300.00 | 6458192000 | 02/04/2020 | $300.00 | 6535220000 |
| 02/20/2020 | $300.00 | 6570266000 | 04/03/2020 | $300.00 | 6688342000 |
| 05/06/2020 | $300.00 | 6772632000 | 06/03/2020 | $300.00 | 6840486000 |
| 07/02/2020 | $300.00 | 6910628000 | 08/04/2020 | $300.00 | 6989765000 |
| 09/03/2020 | $300.00 | 7061571000 | 10/05/2020 | $300.00 | 7135521000 |
| 11/03/2020 | $300.00 | 7207589000 | 12/03/2020 | $300.00 | 7281841000 |
| 01/04/2021 | $300.00 | 7353505000 | | | |

**Total Receipts: $4,500.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $4,500.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SPECIALIZED LOAN SERVICING LLC | | | | | | |
| | 08/17/2020 | $157.17 | 854,770 | 08/17/2020 | $7.48 | 854,770 |
| | 09/21/2020 | $264.89 | 856,636 | 09/21/2020 | $12.61 | 856,636 |
| | 10/19/2020 | $264.89 | 858,476 | 10/19/2020 | $12.61 | 858,476 |
| | 11/16/2020 | $264.89 | 859,534 | 11/16/2020 | $12.61 | 859,534 |
| | 12/21/2020 | $264.89 | 861,346 | 12/21/2020 | $12.61 | 861,346 |
| | 01/11/2021 | $264.89 | 863,150 | 01/11/2021 | $12.61 | 863,150 |

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 318.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,352.35 | 100.00% | 2,352.35 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 2,910.98 | * | 0.00 | |
| 0003 | LVNV FUNDING LLC | UNSECURED | 1,385.91 | * | 0.00 | |
| 0004 | LVNV FUNDING LLC | UNSECURED | 858.63 | * | 0.00 | |
| 0007 | IRS | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0008 | NEW CENTURY FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |

Chapter 13 Case # 19-28683

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0009 | OLLO CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 246,670.44 | 100.00% | 1,481.62 | |
| 0012 | STATE OF NEW JERSEY | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0016 | SPECIALIZED LOAN SERVICING LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | TD RETAIL CARD SERVICES | UNSECURED | 405.16 | * | 0.00 | |
| 0018 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,553.16 | * | 0.00 | |
| 0019 | LVNV FUNDING LLC | UNSECURED | 7,085.58 | * | 0.00 | |
| 0020 | BEST EGG | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 490.37 | * | 0.00 | |
| 0022 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 195.18 | * | 0.00 | |
| 0023 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 282.41 | * | 0.00 | |
| 0024 | SPECIALIZED LOAN SERVICING LLC | (NEW) MTG Agree | 11,747.09 | 100.00% | 70.53 | |

**Total Paid: $4,222.50**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2021.

Receipts: $4,500.00     -     Paid to Claims: $1,552.15     -     Admin Costs Paid: $2,670.35     =     Funds on Hand: $277.50

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.