UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCOTT E. TANNE, ESQ., P.C.
4 Chatham Road
Summit, NJ 07901
(973) 701-1776     Fax: (973) 701-0111
Scott E. Tanne, Esq (ST2477)
Attorney for Debtor(s)

In Re:

Jorge E. Lema

Order Filed on February 5, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-28683-SLM

Chapter: 13

Judge: Meisel

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 5, 2021**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __09/09/2020__ :

Property:     104 Riggs Place, West Orange, NJ 07052

Creditor:     Specialized Loan Servicing, LLC

and a Request for

[X] Extension of the Loss Mitigation Period having been filed by __Debtor__ , and for good cause shown,

[ ] Early Termination of the Loss Mitigation Period having been filed by _____ , and for good cause shown,

It is hereby ORDERED that,

[X] The Loss Mitigation Period is extended up to and including __4/23/2021__ .

[ ] The Loss Mitigation Period is terminated, effective _____ .

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2

United States Bankruptcy Court

District of New Jersey

In re:  
Jorge E Lema  
    Debtor

Case No. 19-28683-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Feb 05, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**  
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jorge E Lema, 104 Riggs Place, West Orange, NJ 07052-5212 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2021 at the address(es) listed below:

**Name**      **Email Address**

Denise E. Carlon  
     on behalf of Creditor Credit Suisse First Boston Mortgage Securities Corp.  CSMC Mortgage-Backed Pass-Through Certificates Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart  
     on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com

Marie-Ann Greenberg  
     magecf@magtrustee.com

Rebecca Ann Solarz  
     on behalf of Creditor Credit Suisse First Boston Mortgage Securities Corp.  CSMC Mortgage-Backed Pass-Through Certificates Et Al... rsolarz@kmllawgroup.com

Scott E. Tanne  
     on behalf of Debtor Jorge E Lema ecf@tannelaw.com  tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Feb 05, 2021 | Form ID: pdf903 | Total Noticed: 1

U.S. Trustee
          USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6