Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−28683−SLM
        Chapter: 13
        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jorge E Lema
   104 Riggs Place
   West Orange, NJ 07052

Social Security No.:
   xxx−xx−2549

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 4/28/21 at 10:00 AM

to consider and act upon the following:

**76** − Creditor's Certification of Default (related document:50 Order on Motion For Relief From Stay) filed by Gavin Stewart on behalf of Specialized Loan Servicing LLC. Objection deadline is 04/5/2021. (Attachments: # 1 Certification # 2 Exhibit Consent Order # 3 Proposed Order # 4 Certificate of Service) (Stewart, Gavin)

**77** − Certification in Opposition to Mortgagee Certification of Default (related document:76 Creditor's Certification of Default (related document:50 Order on Motion For Relief From Stay) filed by Gavin Stewart on behalf of Specialized Loan Servicing LLC. Objection deadline is 04/5/2021. (Attachments: # 1 Certification # 2 Exhibit Consent Order # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Specialized Loan Servicing LLC) filed by Scott E. Tanne on behalf of Jorge E Lema. (Attachments: # 1 Certificate of Service) (Tanne, Scott)

Dated: 4/6/21

        Jeanne Naughton
        Clerk, U.S. Bankruptcy Court