| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Secured Creditor* | Order Filed on May 18, 2021<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Jorge E. Lema<br>                            Debtor. | Chapter 13<br><br>Case No. 19-28683-SLM<br><br>Hearing Date: May 12, 2021<br><br>Judge Stacey L. Meisel |

## CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: May 18, 2021**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor: Jorge E. Lema
Case No.: 19-28683-SLM
Caption of Order: **CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT**

THIS MATTER having been opened to the Court upon the Certification of Default ("COD") filed by Specialized Loan Servicing LLC as servicing agent for U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-6 ("Creditor"), whereas the post-petition arrearage amount was $24,442.87, as of May 11, 2021, and whereas the Debtor and Creditor seek to resolve the COD, it is hereby **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: **104 Riggs Place, West Orange, New Jersey 07052** ("Property") provided that the Debtor complies with the following:

    a. On or before May 21, 2021, the Debtor shall file a modified plan providing for the curing and payment in full of the pre-petition arrearage, as well as the post-petition arrearage above, as well as all other amounts due on the underlying loan, and requiring the Debtor to apply for a loan modification with Creditor on or before June 1, 2021; and

    b. In addition to the above, the Debtor shall resume making the regular monthly payments to Creditor as they become due beginning with the June 1, 2021 payment.

2. All direct payments due hereunder not otherwise paid by electronic means and/or automatic draft, shall be sent directly to Creditor at the following address: **Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111**.

3. If a modified plan in the manner described in Paragraph 1(a) is not filed by May 21, 2021 and/or if the Debtor fails to apply for a loan modification by June 1, 2021 or the loan

modification is otherwise denied, this Order shall be deemed to grant Creditor immediate relief from the automatic stay under section 362 of the Bankruptcy Code to proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies with respect to the Property.

4. If the Debtor files the modified plan in the manner described in Paragraph 1(a) but subsequently fails to pay either the arrears and/or the contractual payments due to Creditor, and the Debtor fails to cure the payment default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) and permitting Creditor to exercise any rights under the loan documents with respect to the Property.

5. Creditor is awarded reimbursement of attorney fees in the amount of $250.00 to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:

| | |
|---|---|
| */s/ Christine F. Curran* | */s/Gavin N. Stewart* |
| Christine F. Curran, Esq. | Gavin N. Stewart, Esq. |
| Law Offices of Scott E. Tanne, Esq., P.C. | Stewart Legal Group, P.L. |
| 4 Chatham Road | 401 East Jackson Street, Suite 2340 |
| Summit, NJ 07901 | Tampa, FL 33602 |
| *Counsel to Debtor* | *Counsel to Creditor* |