Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  19−28683−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Jorge E Lema
    104 Riggs Place
    West Orange, NJ 07052

Social Security No.:
    xxx−xx−2549

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 12, 2019.

On 6/15/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:                    July 14, 2021
Time:                     08:30 AM
Location:                 Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A,
Newark, NJ 07102

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 16, 2021
JAN: smz

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Jorge E Lema

    Debtor

Case No. 19-28683-SLM

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin          Page 1 of 3

Date Rcvd: Jun 16, 2021        Form ID: 185        Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2021:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Jorge E Lema, 104 Riggs Place, West Orange, NJ 07052-5212 |
| cr | + | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518568576 | + | Best Egg, 4315 Pickett Road, PO Box 3999, Saint Joseph, NO 64503-0999 |
| 518490446 | + | Equifax, PO BOX 740241, Atlanta, GA 30374-0241 |
| 518490447 | + | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 518490451 | + | Phelan Hallinan & Diamond, PC, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 518490453 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 518490452 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518501803 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518490454 | + | Trans Union, PO BOX 2000, Chester, PA 19016-2000 |
| 518606236 | + | U.S. Bank National Association, Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 16 2021 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 16 2021 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2021 20:52:48 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| 518490442 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 16 2021 20:52:31 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518490443 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 16 2021 20:52:31 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518563958 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 16 2021 20:53:09 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518490444 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 16 2021 20:52:57 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518490445 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 16 2021 20:52:34 | Credit One Bank, Po Box 98875, Las Vegas, NV 89193-8875 |
| 518549620 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 16 2021 20:52:50 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518490448 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 16 2021 20:47:00 | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |

| | | | |
|---|---|---|---|
| 518609434 | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 16 2021 20:47:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518567540 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 17 2021 11:15:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518490449 | + Email/PDF: bankruptcy@ncfsi.com | Jun 16 2021 20:53:03 | New Century Financial, 110 S, Jefferson Rd # 104, Whippany, NJ 07981-1038 |
| 518490450 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 16 2021 20:52:51 | Ollo Card Services, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 519012401 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 16 2021 20:52:38 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519012402 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 16 2021 20:53:02 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518560221 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 16 2021 20:53:05 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518493513 | + Email/PDF: gecsedi@recoverycorp.com | Jun 16 2021 20:52:49 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518601811 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 16 2021 20:53:09 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2021                        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Credit Suisse First Boston Mortgage Securities Corp.  CSMC Mortgage-Backed Pass-Through Certificates Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

District/off: 0312-2                              User: admin                                        Page 3 of 3
Date Rcvd: Jun 16, 2021                          Form ID: 185                                    Total Noticed: 30

Rebecca Ann Solarz

on behalf of Creditor Credit Suisse First Boston Mortgage Securities Corp.  CSMC Mortgage-Backed Pass-Through Certificates Et Al... rsolarz@kmllawgroup.com

Scott E. Tanne

on behalf of Debtor Jorge E Lema ecf@tannelaw.com  tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6