UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCOTT E. TANNE, ESQ., P.C.
4 Chatham Road
Summit, NJ 07901
(973) 701-1776    Fax: (973) 701-0111
Scott E. Tanne, Esq (ST2477)
Attorney for Debtor(s)

In Re:
Jorge E. Lema

Order Filed on September 23, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-28683-SLM

Chapter: 13

Judge: Stacey L. Meisel

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 23, 2021**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  09/09/2020  :

Property:     104 Riggs Place, West Orange, NJ 07052

Creditor:     Specialized Loan Servicing, LLC

and a Request for

[X] Extension of the Loss Mitigation Period having been filed by  Debtor , and for good cause shown,

[ ] Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

[X] The Loss Mitigation Period is extended up to and including  12/10/2021 .

[ ] The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2