| UNITED STATES BANKRUPTCY COURT |
|---|
| DISTRICT OF NEW JERSEY |
| Marie-Ann Greenberg, MAG-1284 |
| Marie-Ann Greenberg, Standing Trustee |
| 30 TWO BRIDGES ROAD |
| SUITE 330 |
| FAIRFIELD, NJ  07004-1550 |
| 973-227-2840 |
| Chapter 13 Standing Trustee |

Order Filed on May 12, 2022
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

IN RE:

　　JORGE E LEMA

Case No.:  19-28683 SLM

Hearing Date:  5/11/2022

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: May 12, 2022**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  JORGE E LEMA

Case No.:  19-28683

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 05/11/2022 on notice to SCOTT E TANNE ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $348.00 starting on 6/1/2022 for the remaining 5 month(s); and it is further

- ORDERED, that the Debtor(s) must file Motion for Approval to Participate in the Court's Loss Mitigation Program by 5/18/22; and it is further

- ORDERED, that if the Court's Docket does not reflect a Motion for Approval to Participate in the Court's Loss Mitigation Program has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-28683-SLM
Jorge E Lema  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 2
Date Rcvd: May 12, 2022  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2022:**

**Recip ID**  **Recipient Name and Address**
db  + Jorge E Lema, 104 Riggs Place, West Orange, NJ 07052-5212

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2022  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2022 at the address(es) listed below:

**Name**  **Email Address**
Denise E. Carlon
    on behalf of Creditor Credit Suisse First Boston Mortgage Securities Corp.  CSMC Mortgage-Backed Pass-Through Certificates Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart
    on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Rebecca Ann Solarz
    on behalf of Creditor Credit Suisse First Boston Mortgage Securities Corp.  CSMC Mortgage-Backed Pass-Through Certificates Et Al... rsolarz@kmllawgroup.com

Scott E. Tanne
    on behalf of Debtor Jorge E Lema ecf@tannelaw.com  tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com

U.S. Trustee

District/off: 0312-2     User: admin     Page 2 of 2
Date Rcvd: May 12, 2022     Form ID: pdf903     Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6