| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Specialized Loan Servicing LLC as servicer for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-6, U.S. Bank National Association, as Trustee* | |
| In re:<br><br>Jorge E. Lema<br><br>Debtor. | Chapter: 13<br><br>Case No.: 19-28683-SLM<br><br>Judge Stacey L. Meisel |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Creditor, Specialized Loan Servicing LLC as servicer for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-6, U.S. Bank National Association, as Trustee, a creditor in the above styled proceeding, requests that all matters which must be noticed pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, regarding the following property and loan be sent to the undersigned:

Property: **104 Riggs Place, West Orange, NJ 07052**

Loan Number: **xxxxxx8958**

Pursuant to FRBP 2002(g), the undersigned requests that the following address be added to the Court's Master Mailing List:

                                Stewart Legal Group, P.L.
                                      Gavin N. Stewart
                   401 East Jackson Street, Suite 2340
                                  Tampa, FL 33602
                               Phone: 813-371-1231
                                Fax: 813-371-1232
                     gavin@stewartlegalgroup.com

Dated: June 23, 2022

                        By:    */s/Gavin N. Stewart*
                                Gavin N. Stewart, Esq.