Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−28683−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jorge E Lema
   104 Riggs Place
   West Orange, NJ 07052

Social Security No.:
   xxx−xx−2549

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 10/12/22 at 10:00 AM

to consider and act upon the following:

*126* − Application for Extension of Loss Mitigation Period. Filed by Scott E. Tanne on behalf of Jorge E Lema. Objection deadline is 9/14/2022. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Tanne, Scott)

*127* − Objection to Debtors Application for Extension of Loss Mitigation Perio (related document:126 Application for Extension of Loss Mitigation Period. Filed by Scott E. Tanne on behalf of Jorge E Lema. Objection deadline is 9/14/2022. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Jorge E Lema) filed by Gavin Stewart on behalf of Specialized Loan Servicing LLC. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Certificate of Service) (Stewart, Gavin)

Dated: 9/15/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court